UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROGER SANCHEZ, et al.,            No. C13-0900 EMC

       Plaintiffs,

   v.                            **ORDER DIRECTING PLAINTIFFS' COUNSEL TO CONTACT ADR UNIT**

WELLS FARGO BANK, et al.,

       Defendants.
_____/

    IT IS HEREBY ORDERED that Plaintiffs' counsel Timothy Peabody shall contact Daniel Bowling of the ADR Unit at (415) 522- 2022 **no later than Wednesday, April 3, 2013** to set up a mortgage assessment phone conference.

    Failure to comply with this order may be grounds for sanctions.

    IT IS SO ORDERED.

Dated: March 27, 2013

                                           _____
                                           EDWARD M. CHEN
                                           United States District Judge