UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER SANCHEZ, *et al.*, | No. C-13-0900 EMC |
| Plaintiffs, | |
| v. | **ORDER TO SHOW CAUSE** |
| WELLS FARGO BANK, N.A., *et al.*, | |
| Defendants. | |

Defendant Wells Fargo Bank, N.A. has filed a motion to dismiss in the above-referenced action which is currently set for hearing on May 9, 2013. *See* Docket No. 15 (notice). Because Wells Fargo filed its motion on March 7, 2013, Plaintiffs' opposition brief was due on March 21, 2013. *See* N.D. Cal. Civ. L.R. 7-3(a) (providing that "[t]he opposition must be filed and served more more than 14 days after the motion was filed"). Plaintiffs, however, have failed to file any opposition.

///
///
///
///
///
///
///
///

Accordingly, the Court hereby issues this order to show cause. Plaintiffs are ordered to show cause as to why their case should not be dismissed, without prejudice, for failure to prosecute. Plaintiffs' response shall be filed **no later than a week from the date of this order**. Plaintiffs are forewarned that, if they fail to file a timely response to this order to show cause, then the Court shall dismiss all claims against Wells Fargo, leaving only WSR23 World Savings Remic Trust as the sole defendant.

IT IS SO ORDERED.

Dated: April 1, 2013

_____
EDWARD M. CHEN
United States District Judge

2